IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN C. MORGAN, II, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 17CV829 |
| | : | |
| CITY OF COLUMBUS, OHIO, et al., | : | CHIEF JUDGE ALGENON L. MARBLEY |
| | : | Magistrate Judge Deavers |
| Defendant. | : | |

## ENTRY OF DISMISSAL

Pursuant to the terms of the settlement agreement reached by the parties in this matter, which the parties have submitted to the Court, and which is incorporated by reference herein, this case is hereby dismissed with prejudice, subject to this Court's retention of jurisdiction to enforce the terms of their agreement, with dismissal to be held in abeyance until the City Council of Columbus has approved the settlement.

The parties shall notify the Court upon the City Council's approval and file the final settlement agreement at that time for incorporation in the docket.

**IT IS SO ORDERED.**

_____

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: September 1, 2021

1